UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

Patricia L. Thomas,

    Plaintiff,

v.

Oconto Falls Area Joint Ambulance Service, Inc.,

    Defendant.

Civil Action No. 19-CV-808

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled action having been fully, finally, and completely compromised between the parties,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that the same may be, and hereby is, dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a judgment of dismissal of all claims be entered accordingly.

Dated:

12/19/19

Hawks Quindel, S.C.

*/s/ Colin B. Good*

Danielle M. Schroder, I.D. No. 1079870
Colin B. Good, I.D. No. 1061355
Attorneys for Plaintiff
409 E. Main Street
901 Marquette Avenue South
Madison, Wisconsin 53701-2155
(608) 257-0040
dschroder@hq-law.com
cgood@hq-law.com

Dated: December 24, 2019

Lind, Jensen, Sullivan & Peterson
A Professional Association

*Timothy J. O'Connor*

Timothy J. O'Connor, I.D. No. 1036571
Brandon D. Meshbesher, I.D. No. 1117491
Attorneys for Defendant
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 333-3637
*tim.o'connor@lindjensen.com*
*brandon.meshbesher@lindjensen.com*