UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

Patricia L. Thomas,

    Plaintiff,

v.

Oconto Falls Area Joint Ambulance Service, Inc.,

    Defendant.

Civil Action No. 19-CV-808

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Dismissal with Prejudice, which was ECF filed on December 24, 2019, as Document No. 12, it is hereby ordered that this matter is dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

BY THE COURT:

Dated: December 26, 2019

    s/ William C. Griesbach
Honorable William C. Griesbach
Judge of District Court